Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Kristen E. Law (State Bar No. 222249)
klaw@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3336
Telephone:     (415) 956-1000
Facsimile:      (415) 956-1008

Elizabeth A. Alexander (*pro hac vice*)
ealexander@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219-2423
Telephone:     (615) 313-9000
Facsimile:      (615) 313-9965

[additional counsel listed on signature pages]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROSS and BRADLEY S. HURETH, <br><br> Plaintiffs, <br><br> v. <br><br> TREX COMPANY, INC. a Delaware corporation, <br><br> Defendant. | Case No.  5:09-CV-00670-JW <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> Date:        To Be Determined <br> Time:        To Be Determined <br> Courtroom:  #8, Fourth Floor <br> Judge:        Honorable James Ware |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that as soon as the matter may be heard, in the Courtroom

of the Honorable James Ware of the United States District Court for the Northern District of

California, San Jose Division, located at 280 South First Street, San Jose, California 95113,

Plaintiffs Eric Ross and Bradley Hureth ("Plaintiffs"), on behalf of themselves and all others

1   similarly situated, by and through their undersigned counsel, will move and hereby do move that

2   this Court:

3          (1) Grant preliminary approval of the proposed Settlement Agreement;

4          (2) Provisionally certify the proposed nationwide settlement class and appoint Eric Ross

5   and Bradley Hureth Class representatives;

6          (3) Approve the notice plan and forms of settlement notice and order provision of such

7   notice;

8          (4) Appoint the Lieff, Cabraser, Heimann & Bernstein, LLP; Hausfeld, LLP; Gary,

9   Naegele & Theado, LLP; Tousley, Brian & Stephens, PLLC; Audet & Partners, LLP; Cuneo,

10  Gilbert & Laduca, LLP; and Lockridge Grindal Nauen, PLLP firms as Class Counsel; and

11         (5) Schedule a formal fairness hearing on final settlement approval as the Court's calendar

12  permits.

13         This Motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum of

14  Points and Authorities, the Proposed Order, the Declarations of counsel, the pleadings and papers

15  filed in this case, and any oral arguments this Court permits.

16         Defendant Trex Company, Inc. does not object to this motion in the context of the parties'

17  proposed Settlement Agreement.

18

19  Dated this 26, of May 2009                    Respectfully submitted,

20

21                                               _____

22                                               Jonathan D. Selbin (State Bar No. 170222)
                                                 jselbin@lchb.com
23                                               Kristen E. Law (State Bar No. 222249)
                                                 klaw@lchb.com
24                                               LIEFF, CABRASER, HEIMANN &
                                                 BERNSTEIN, LLP
25                                               275 Battery Street, 30th Floor
                                                 San Francisco, CA 94111-3336
26                                               Telephone: (415) 956-1000
                                                 Facsimile: (415) 956-1008
27

28

1

Elizabeth A. Alexander (*pro hac vice*)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

2

3

4

5

Richard S. Lewis (*pro hac vice*)
James J. Pizzirusso (*pro hac vice*)
HAUSFELD, LLP
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: (202) 579-1089
Facsimile: (202) 747.5713

6

7

8

9

10

Robert D. Gary *(pro hac vice)*
Jori Naegele *(pro hac vice)*
GARY, NAEGELE & THEADO, LLC
446 Broadway
Lorain, OH  44052-1797
Telephone: (440) 244-4809
Facsimile: (440) 244-3462

11

12

13

14

Kim Stephens *(pro hac vice)*
TOUSLEY, BRAIN & STEPHENS, PLLC
1700 Seventh Avenue
Suite 2200
Seattle, Washington 98101-4416
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

15

16

17

18

Michael McShane (State Bar No. 127944)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  (415) 982-1776
Facsimile:  (415) 568-2556

19

20

21

22

Charles L. LaDuca
CUNEO, GILBERT & LaDUCA, LLP
507 C Street, NE
Washington, D.C.  20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

23

24

25

26

*Attorneys for Plaintiffs and the Proposed Class*

27

28

- 3 -