UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ERIC ROSS and BRADLEY S. HURETH,

    Plaintiff

v.

TREX COMPANY, INC. a Delaware corporation,

    Defendant.

Case No. 5:09-CV-00670-JW

FINDING MOOT **ORDER LENGTHENING TIME TO FILE OPPOSITION PAPERS**

The deadline to file opposition papers for Plaintiffs Eric Ross and Bradley Hureth and Defendant Trex Company, Inc.'s joint Motion for Preliminary Approval of Class Action is hereby extended to Wednesday, June 17, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The stipulation is found at moot. Oppositions were filed on June 17, 2009 as stipulated by the parties.

June __22__, 2009

_____
Hon. James Ware
United States District Judge