UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROSS and BRADLEY S. HURETH,<br><br>Plaintiffs,<br><br>v.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:09-CV-00670-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME** |

WHEREAS, all parties consented to a two day extension for the filing of objections to the motion for preliminary approval, extending the deadline to Wednesday, June 22, 2009;

WHEREAS, only one objection was filed on June 22, 2009;

WHEREAS, any replies in support of the motion for preliminary approval are currently due Monday, June 22, 2009, which is only three court days from the filing of the objection;

WHEREAS, the parties seek a two day extension of the deadline for the filing of any reply memoranda;

WHEREAS, the undersigned counsel, on behalf of their respective clients, do not

1  object to the extension;

2  IT IS SO STIPULATED THAT the deadline for the filing of any reply memoranda in support of the motion for preliminary approval shall be extended to Wednesday, June 24, 2009.

Dated:  June 19, 2009          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*/s/ Jonathan D. Selbin*
Jonathan D. Selbin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3336
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Eric Ross and Bradley Hureth and the Proposed Class*

Dated:  June 19, 2009          HAGENS BERMAN SOBOL SHAPIRO, LLP

*/s/ Robert F. Lopez*
Robert F. Lopez
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

*Attorneys for Plaintiffs Mark Okano and Sharon Ding*

821989.1  - 2 -  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. 5:09-CV-00670-JW

1 | Dated: June 19, 2009          K&L GATES, LLP

*/s/ Patrick J. Perrone*
Patrick J. Perrone
One Newark Center, 10th Floor
Newark, NJ  07102
Telephone:  (973) 848-4000
Facsimile:   (973) 848-4001

*Attorneys for Defendant*

PURSUANT TO SUCH STIPULATION, IT IS SO ORDERED.

The Court will not entertain further requests for extension on the briefing schedule.  The hearing on July 6, 2009 at 9:00 am remains as scheduled.

Dated:  ___June 22 __, 2009          *[signature: James Ware]*
HONORABLE JAMES WARE
United States District Court Judge