Matthew G. Ball (SBN 20881)
Matthew.Ball@klgates.com
Rachel Chatman (SBN 206775)
Rachel.Chatman@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:     (415) 882-8200
Facsimile:     (415) 882-8220

**E-Filed 7/9/2009**

Attorneys for Defendant
TREX COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROSS and BRADLEY S. HURETH,<br><br>    Plaintiffs,<br><br>v.<br><br>TREX COMPANY, INC, a Delaware corporation,<br><br>    Defendant. | Case No.  C09 00670 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE IN REASSIGNED CASE**<br><br>Date:    July 10, 2009<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3, 5th Floor<br>Judge:  Hon. Jeremy Fogel |

Defendant Trex Company, Inc. ("Trex") and Plaintiffs Eric Ross and Bradley S. Hureth hereby request that the Court schedule the Case Management Conference in this case for Friday, July 10, 2009, at 9:00 a.m., to take place after the hearing on the Motion For Preliminary Approval of Settlement also scheduled for Friday, July 10, 2009, at 9:00 a.m.

Dated:  July 7, 2009

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____/s/_____
    Jonathan D. Selbin
    jselbin@lchb.com
Attorneys for Plaintiffs Eric Ross and Bradley S. Hureth

---

CASE NO.: No. C09 00670 JF                                  1
**JOINT STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE IN REASSIGNED CASE**

Dated: July 7, 2009                              K&L GATES, LLP

By: _____
Rachel Chatman (SBN 206775)
Rachel.Chatman@klgates.com
Attorneys for Defendant Trex Company, Inc..

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

Dated: July 7, 2009                              K&L GATES LLP

By: _____
Rachel Chatman (SBN 206775)
Rachel.Chatman@klgates.com
Attorneys for Defendant Trex Company, Inc.

## ORDER

Pursuant to stipulation of counsel, **IT IS HEREBY ORDERED**:

That the Case Management Conference for the cases *Ross, et al. v. Trex*, Case No. C09-00670 JF, and *Okano, et al. v. Trex*, Case No. C09-01878 JF, is scheduled after the hearing on the Motion For Preliminary Approval of Settlement on Friday, July 10, 2009 at 9:00 a.m.

Dated: July 8, 2009

_____
The Hon. Jeremy Fogel
United States District Judge

---

CASE NO.: No. C09 00670 JF                             2
**JOINT STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE IN REASSIGNED CASE**