**E-Filed 10/28/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROSS and BRADLEY S. HURETH,<br><br>Plaintiffs,<br><br>v.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:09-CV-00670-JF<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME** |

WHEREAS, the deadline for any objections or oppositions to the motion for final approval of the proposed Settlement or the motion for attorney's fees and costs was October 9, 2009;

WHEREAS, the Court permitted plaintiffs in a related case, *Okano, et al. v. Trex Company, Inc.*, No. 5:09-cv-1878 (N.D. Cal.), to file their objections on Tuesday, October 13, 2009, with electronic service to the parties in the above-captioned case on Monday, October 12, 2009;

WHEREAS, by three separate emails to accommodate the size of the files, *Okano* counsel served the Elizabeth A. Alexander, counsel for *Ross* plaintiffs, and Patrick Perrone, counsel for Trex, with their objection and supporting papers on Monday, October 12, 2009

1  between 5:14 CST/6:14 EST and 5:23 CST/6:23 EST, and filed the papers on the morning of

2  October 13, 2009;

3      WHEREAS, the deadline for any reply memorandum in support of the motion for

4  final approval is Friday, October 16, 2009, which is four Court days from the service of the

5  *Okano* objection and only three days from its filing;

6      WHEREAS, Counsel for the Plaintiffs and Trex seek a one court day extension of

7  the deadline for the filing of any reply memoranda, taking the deadline to Monday, October 19,

8  2009, which would allow one week to respond to the objection, as contemplated by the Local

9  Rules and the Settlement Agreement;

10      WHEREAS, the undersigned counsel, on behalf of their respective clients, do not

11  object to the extension;

12      IT IS SO STIPULATED THAT the deadline for the filing of any reply memoranda

13  in support of the motions for final approval and attorneys' fees and costs shall be extended to

14  Monday, October 19, 2009.

Dated:  October 13, 2009    LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP

*/s/ Jonathan D. Selbin*
Jonathan D. Selbin
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3336
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Eric Ross and Bradley
Hureth and the Proposed Class*

843071.1      - 2 -      STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. 5:09-CV-00670-JW

| | | |
|---|---|---|
| 1 | Dated: October 13, 2009 | HAGENS BERMAN SOBOL SHAPIRO, LLP |
| 2 | | */s/ Robert F. Lopez* |
| 3 | | Robert F. Lopez |
| | | 1301 Fifth Avenue, Suite 2900 |
| 4 | | Seattle, WA  98101 |
| | | Telephone:  (206) 623-7292 |
| 5 | | Facsimile:  (206) 623-0594 |
| 6 | | |
| | | *Attorneys for Plaintiffs Mark Okano and* |
| 7 | | *Sharon Ding* |
| 8 | | |
| | Dated: October 13, 2009 | K&L GATES, LLP |
| 9 | | |
| 10 | | */s/ Patrick J. Perrone* |
| | | Patrick J. Perrone |
| 11 | | One Newark Center, 10th Floor |
| | | Newark, NJ  07102 |
| 12 | | Telephone:  (973) 848-4000 |
| | | Facsimile:  (973) 848-4001 |
| 13 | | |
| 14 | | *Attorneys for Defendant* |

PURSUANT TO SUCH STIPULATION, IT IS SO ORDERED.

Dated: October __22__, 2009

HONORABLE JEREMY OGEL
United States District Court Judge

843071.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME
CASE NO. 5:09-CV-00670-JW