# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: October 30, 2009 at 9:00 a.m.

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 32 min
Court Reporter: Summer Clanton

**TITLE: ERIC ROSS, ET AL v. TREX COMPANY, INC.**
**CASE NUMBER**: C 09-00670JF and related case C 09-01878JF

Plaintiff(s) Attorney(s) present: Michael McShane, Kim D. Stephens, Jonathan D. Selbin, Nimish R. Desai, Elizabeth A. Alexander for Ross, Robert F. Lopez for Okamo, Michael Capelle, pro se Objector, Terence Edwards for Marotto Objectors

Defendant(s) Attorney(s) present: Patrick J. Perrone

**PROCEEDINGS:** Final Approval Hearing.

The matter is argued by counsel. The Court will issue a written order.