Michael McShane (CA State Bar #127944)
mmcshane@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556

Attorneys for Plaintiffs and the proposed Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROSS, ET AL.,<br><br>    Plaintiff,<br><br>v.<br><br>TREX COMPANY, INC., a Delaware Corporation,<br><br>    Defendants. | Case No. 5:09-CV-00670-JF<br>**ORDER GRANTING**<br>**REQUEST TO RECEIVE ECF NOTIFICATIONS** |

Pursuant to the direction of the ECF administrator, the undersigned attorney, who is counsel of record for Plaintiff's in the instant action, hereby files this request to receive ECF Notifications.

Dated: January 28, 2010                         AUDET & PARTNERS, LLP


                                                By: /s/
                                                Michael McShane
IT IS SO ORDERED.                               221 Main Street, Suite 1460
                                                San Francisco, CA 94105
Dated: 1/29/2010                                Telephone: 415.568-2555
                                                Facsimile: 415.568.2556

                                                Attorney for Plaintiff Eric Ross and the
JEREMY FOGEL                                    Proposed Class
United States District Judge

1
REQUEST TO RECEIVE ECF NOTIFICATIONS