Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Lead Counsel for Plaintiffs and the Proposed Classes*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, J. STEPHEN TISDALE, STEVEN MCKENNA, JOHN FORCELLA, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>Defendant.<br><br>MARK OKANO and SHARON DING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TREX COMPANY, INC.,<br><br>Defendant. | No. 5:09-CV-00670-JF<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: LEADERSHIP |

STIPULATION AND ~~PROPOSED~~ ORDER RE: LEADERSHIP -
5:09-CV-00670-JF
010095-11 367023 V1

## STIPULATION

WHEREAS, by its order dated March 15, 2010, the Court consolidated the above-referenced cases; and

WHEREAS, by its order dated March 15, 2010, the Court appointed Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for plaintiffs in the consolidated cases; and

WHEREAS, the Court's order provided that "other class counsel w[ould] serve on an Executive Committee and play a role in directing the case,"

Now, therefore, the parties, by and through their counsel, stipulate as follows:

1. Hagens Berman shall act as Lead Counsel for the parties in the consolidated cases through class certification, if any, and also through any trial and appeal in this matter, or until Hagens Berman, after reasonable notice, resigns from the position of Lead Counsel.

2. Counsel for the plaintiffs in the consolidated cases ("plaintiffs' counsel"), or their representatives, have agreed to the appointment of an Executive Committee consisting of the following firms from among plaintiffs' counsel: Lieff Cabraser Heimann & Bernstein, LLP and Audet & Partners, LLC. All plaintiffs' counsel agree that the Executive Committee shall act in an advisory capacity only with respect to prosecution and handling of the consolidated cases.

3. Lead Counsel, with the advice of the foregoing Executive Committee, shall have the following responsibilities:

   a. To draft and file any consolidated or amended consolidated complaints, or to appoint others from among plaintiffs' counsel to do or assist in the same;

   b. To brief and argue motions and file opposing briefs in proceedings initiated by other parties, or to appoint others from among plaintiffs' counsel to do or assist in the same;

   c. To enter into stipulations with defendant's counsel as necessary in the conduct of the litigation;

   d. To initiate, conduct, and respond and defend in discovery proceedings, or to appoint others from among plaintiffs' counsel to do or assist in the same;

   e. To act as spokesperson at pretrial conferences, or to appoint others from among plaintiffs' counsel to do or assist in the same;

f. To negotiate with defense counsel with respect to settlement and other matters, or to appoint others from among plaintiffs' counsel to do or assist in the same;

g. To call meetings of the Executive Committee or all plaintiffs' counsel when appropriate;

h. To make all work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

i. To assure that plaintiffs' counsel are kept informed of the progress of this litigation as necessary;

j. To conduct pretrial, trial, and post-trial proceedings, including but not limited to hearings, or to appoint others from among plaintiffs' counsel to do or assist in the same;

k. To consult with and employ experts;

l. To coordinate the filing of any joint fee petition by plaintiffs' counsel;

m. To perform such other duties and undertake such other responsibilities as it deems necessary or desirable, or to appoint others from among plaintiffs' counsel to do or assist in the same; and

n. To coordinate and communicate with defendant's counsel with respect to matters addressed in this paragraph.

4. All counsel representing plaintiffs shall maintain accurate and contemporaneous records of their time spent in this litigation and shall submit time and expense reports to Lead Counsel quarterly, with the first report being due within 21 days of the entry of this order, and with subsequent reports being due every 90 days thereafter, with a 21-day grace period following the expiration of each 90-day period for submittal of the reports to Lead Counsel. The failure to maintain such records and submit timely reports may result in such time or expenses being disallowed for purposes of any fee petition.

5. Lead Counsel may seek monetary contributions from the Executive Committee members where Lead Counsel deems it necessary for the efficient and effective prosecution of this litigation. Any assessments shall be made after consultation with the Executive Committee. The

failure to pay assessments in timely fashion may result in removal from membership on the Executive Committee.

6. Division of any sum of money available for the payment of fees (including any enhancements) and costs, whether made available as a result of settlement, judgment, or otherwise, shall be made by separate agreement among Lead Counsel, the Executive Committee, and other plaintiffs' counsel, subject to final approval by the Court.

7. No communications among Lead Counsel, members of the Executive Committee, and other counsel representing plaintiffs in this litigation shall act as a waiver of any privilege or protection to which they, their clients, or any plaintiffs are otherwise entitled.

STIPULATED AND AGREED this 24th day of June, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
        Steve W. Berman

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Ste. 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Lead Counsel for Plaintiffs and the Proposed Classes and Attorneys for Mark Okano and Sharon Ding*

STIPULATION AND PROPOSED ORDER RE: LEADERSHIP -   - 3 -
5:09-CV-00670-JF
010095-11 367023 V1

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP

By _____ *for Jonathan D. Selbin w/ permission*
      Jonathan D. Selbin

Jonathan D. Selbin (170222)
Nimish R. Desai (244953)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street
San Francisco, CA 94111-3336
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


Elizabeth A. Alexander (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Ste. 1650
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

TOUSLEY BRAIN STEPHENS PLLC



By _____
      Kim D. Stephens

Kim D. Stephens
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Ste. 2200
Seattle, WA 98101-4416
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4  | By _____<br>Jonathan D. Selbin |
| 5  | Jonathan D. Selbin (170222)<br>Nimish R. Desai (244953) |
| 6  | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP |
| 7  | 275 Battery Street<br>San Francisco, CA 94111-3336 |
| 8  | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 9  |    |
| 10 | Elizabeth A. Alexander (*pro hac vice*) |
| 11 | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP |
| 12 | One Nashville Place<br>150 Fourth Avenue, North, Ste. 1650 |
| 13 | Telephone: (615) 313-9000<br>Facsimile: (615) 313-9965 |
| 14 |    |
| 15 | *Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway* |
| 16 |    |
| 17 | TOUSLEY BRAIN STEPHENS PLLC |
| 18 |    |
| 19 |    |
| 20 | By _____<br>Kim D. Stephens |
| 21 | Kim D. Stephens<br>TOUSLEY BRAIN STEPHENS PLLC |
| 22 | 1700 Seventh Avenue, Ste. 2200<br>Seattle, WA 98101-4416 |
| 23 | Telephone: (206) 682-5600<br>Facsimile: (206) 682-2992 |
| 24 |    |
| 25 | *Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway* |
| 26 |    |
| 27 |    |
| 28 |    |

STIPULATION AND PROPOSED ORDER RE: LEADERSHIP - - 4 -
5:09-CV-00670-JF
010095-11 367023 V1

| | |
|---|---|
| 1 | |
| 2 | AUDET & PARTNERS, LLP |
| 3 | |
| 4 | By _/s/ Michael McShane_ |
| 5 | Michael McShane |
| 6 | AUDET & PARTNERS, LLP<br>221 Main Street, Ste. 1460 |
| 7 | San Francisco, CA 94105<br>Telephone: (415) 568-2555 |
| 8 | Facsimile: (415) 568-2556 |
| 9 | *Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr.* |
| 10 | *Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway* |
| 11 | |
| 12 | GARY, NAEGELE & THEADO, LLC |
| 13 | |
| 14 | By _____ |
| 15 | Robert D. Gary |
|  | Robert D. Gray (*pro hac vice*) |
| 16 | Jori Bloom Naegele (*pro hac vice*)<br>GARY, NAEGELE & THEADO, LLC |
| 17 | 446 Broadway Avenue |
| 18 | Lorain, OH 44052<br>Telephone: (440) 244-4809 |
| 19 | Facsimile: (440) 244-3462 |
| 20 | *Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr.* |
| 21 | *Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway* |
| 22 | |
| 23 | HAUSFELD LLP |
| 24 | |
| 25 | By _____<br>Richard S. Lewis |
| 26 | |
| 27 | Richard S. Lewis (*pro hac vice*)<br>James J. Pizzirusso (*pro hac vice*) |
| 28 | HAUSFELD LLP |

STIPULATION AND PROPOSED ORDER RE: LEADERSHIP -     - 5 -
5:09-CV-00670-JF
010095-11 367023 V1

| | |
|---|---|
| 1 | |
| 2 | AUDET & PARTNERS, LLP |
| 3 | |
| 4 | By _____ |
| 5 | Michael McShane |
| 6 | Michael McShane<br>AUDET & PARTNERS, LLP<br>221 Main Street, Ste. 1460 |
| 7 | San Francisco, CA 94105<br>Telephone: (415) 568-2555 |
| 8 | Facsimile: (415) 568-2556 |
| 9 | *Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr.* |
| 10 | *Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway* |
| 11 | |
| 12 | GARY, NAEGELE & THEADO, LLC |
| 13 | |
| 14 | By /s/ Robert D. Gary |
| 15 | Robert D. Gary<br>Robert D. Gray (*pro hac vice*) |
| 16 | Jori Bloom Naegele (*pro hac vice*)<br>GARY, NAEGELE & THEADO, LLC |
| 17 | 446 Broadway Avenue<br>Lorain, OH 44052 |
| 18 | Telephone: (440) 244-4809<br>Facsimile: (440) 244-3462 |
| 19 | |
| 20 | *Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr.* |
| 21 | *Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway* |
| 22 | HAUSFELD LLP |
| 23 | |
| 24 | |
| 25 | By _____<br>Richard S. Lewis |
| 26 | |
| 27 | Richard S. Lewis (*pro hac vice*)<br>James J. Pizzirusso (*pro hac vice*) |
| 28 | HAUSFELD LLP |

STIPULATION AND PROPOSED ORDER RE: LEADERSHIP -   - 5 -
5:09-CV-00670-JF
010095-11 367023 V1

AUDET & PARTNERS, LLP

By _____
    Michael McShane
Michael McShane
AUDET & PARTNERS, LLP
221 Main Street, Ste. 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

GARY, NAEGELE & THEADO, LLC

By _/s/ Robert D. Gary_____
    Robert D. Gary
Robert D. Gray (*pro hac vice*)
Jori Bloom Naegele (*pro hac vice*)
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-4809
Facsimile: (440) 244-3462

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

HAUSFELD LLP

By _/s/ Richard S. Lewis_____
    Richard S. Lewis

Richard S. Lewis (*pro hac vice*)
James J. Pizzirusso (*pro hac vice*)
HAUSFELD LLP

STIPULATION AND PROPOSED ORDER RE: LEADERSHIP - - 5 -
5:09-CV-00670-JF
010095-11 367023 V1

1700 K Street, NW, Ste. 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

LOCKRIDGE GRINDAL NAUEN PLLP

By _/s/ Robert K. Shelquist_
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Ste. 200
Minneapolis, MN 55401-2197
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

CUNEO, GILBERT & LADUCA, LLP

By _/s/ Charles L. LaDuca_
Charles L. LaDuca
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

*Counsel for Dean Mahan, J. Stephen Tisdale, Steven McKenna, John Forcella, Sabrina W. Hass and Dr. Lanny W. Hass, Amy Biondi-Huffman, and Brian Hathaway*

STIPULATION AND PROPOSED ORDER RE: LEADERSHIP -   - 6 -
5:09-CV-00670-JF
010095-11 367023 V1

\* \* \*

## ORDER

The Court, having previously appointed Hagens Berman Sobol Shapiro LLP as lead counsel for plaintiffs in the above-referenced consolidated cases; having contemplated the appointment of an executive committee; and having examined and considered the stipulation of the parties, and finding good cause therefor, now hereby ORDERS the foregoing terms as stipulated above.

DATED this 16th day of November, 2010.

_____
Honorable Jeremy Fogel
United States District Judge