# Exhibit 1

# GRETCHEN SILVERMAN DECK
# TORRINGTON, CONNECTICUT
# AUGUST 26, 2010









# Exhibit 2

Privileged and Confidential Settlement Communication

Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL

Privileged and Confidential Settlement Communication



Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL



Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL



Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL



Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL

Privileged and Confidential Settlement Communication