Privileged and Confidential Settlement Communication



Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL



Cleaned by Trex on July 30, 2008 – McKenna Deck Post Cleaning – Tinley Park, IL

Privileged and Confidential Settlement Communication

# Exhibit 3

Case 3:09-cv-20670-JSW Document 175-2 Filed 12/09/10 Page 4 of 12



# Exhibit  4

Case 3:09-cv-00067-JSW Document 114-8 Filed 04/28/10 Page 6 of 12



# Exhibit 5

Trex Product Information



**Trex**
*The Deck of a Lifetime*

>> SEARCH

**Product Information**
What Is Trex®?
Decking
Railing Systems
Landscape Edging
Product & Installation Guide
FAQs
Request Information
How to Buy Trex

Find Trex Near You:   Contractor   Zipcode:   >> SEARCH

## Product Information

Trex® decking and railing lets you create a deck unlike any other. Our innovative products allow limitless opportunities to express your individual creativity. And, their low-maintenance construction eliminates the need for staining and sealing, so there's more time to actually enjoy your deck.




Decking




Railing Systems



What is Trex?

Landscape Edging

Request Information

Product & Installation Guide

Trex Product Information

**Trex**
*The DECK of a Lifetime*

> > SEARCH

Find Trex Near You: Contractor [ ] Zipcode: [ ] > > SEARCH

**Product Information**
What Is Trex®?
Decking
Railing Systems
Landscape Edging
Product & Installation Guide
FAQs
Request Information
How to

## Product Information

Trex® decking and railing lets you create a deck unlike any other. Our innovative products allow limitless opportunities to express your individual creativity. And, their low-maintenance construction eliminates the need for staining and sealing, so there's more time to actually enjoy your deck.

**low-maintenance construction eliminates the need for staining and sealing, so there's more time to actually enjoy your deck.**



What is Trex?

Landscape Edging

Decking

Request Information

Railing Systems

Product & Installation Guide

# TREX® RAILINGS







A Trex deck is not complete without Trex railing. Trex Designer and Artisan Series railings give you the broadest assortment of styles and colors you want, paired with the durability you need.

**Trex Designer Series Railing ™**

Available in the same color palette as Trex Decking, allowing you to perfectly complement your Trex deck.

**Trex Artisan Series Railing ™**

The lightly textured surface in a Classic White finish mirrors the look of painted wood. Whether you choose the traditional look of white balusters or the contemporary look of tempered glass paneling, the seamless design and attention to detail complete a Trex Deck.

**The right Railing choice for your deck** – No matter which Trex Railing system you choose, you'll enjoy:

• A stylish, finished appearance
• Low maintenance
• Unlimited design flexibility
• Durability as evidenced by a 25-year limited residential warranty

**TREX DESIGNER SERIES RAILING™ WEATHERED COLOR PALETTE†**

Saddle
Winchester Grey
Madera

**TREX ARTISAN SERIES RAILING™ COLOR PALETTE**

Woodland Brown
Cayenne
Burnished Amber
Classic White

†All colors shown are "after weathering". Actual colors may vary from photos.

*PRODUCT – TREX RAILINGS*

*TREX® PRODUCT & INSTALLATION GUIDE*

10

## TREX® RAILINGS

### BEAUTY IS IN THE DETAILS

A Trex deck is not compl... Trex railing. Trex Design Series railings give you th... assortment of styles and c... paired with the durability...

**Trex Designer Series I** Available in the same col... Trex Decking, allowing y... complement your Trex d...

**Trex Artisan Series Ra** The lightly textured surfa... White finish mirrors the l... wood. Whether you choo... tional look of white balus... contemporary look of ter... paneling, the seamless des... tion to detail complete a...

**The right Railing choi** deck – No matter which system you choose, you'll
• A stylish, finished app
• Low maintenance
• Unlimited design flex
• Durability as evidence a 25-year limited residential warranty

# The right Railing choice for your deck – No matter which Trex Railing system you choose, you'll enjoy:

- A stylish, finished appearance
- Low maintenance
- Unlimited design flexibility
- Durability as evidenced by a 25-year limited residential warranty



**TREX ARTISAN SERIES RAILING™ COLOR PALETTE**

Classic White

**TREX DESIGNER SERIES RAILING™ WEATHERED COLOR PALETTE†**

Saddle · Winchester Grey · Madeira · Woodland Brown · Cayenne · Burnished Amber

†All colors shown are "after weathering". Actual colors may vary from photos.

*TREX® PRODUCT & INSTALLATION GUIDE*

Case 3:09-cv-00679-JSW   Document 175-2   Filed 12/09/10   Page 13 of 12
Case 3:09-cv-00679-JSW   Document 134-5   Filed 04/26/10   Page 2 of 12

Trex Product Information

Page 1 of 2

# Trex

**Product Information**

What Is Trex?

Decking
Railing Systems
Fencing
Landscape Edging
FAQs
Request Information
How to Buy Trex
Home



>> SEARCH

Find Trex Near You: Contractor    Zipcode:    >> SEARCH

## Product Information

Trex offers the broadest range of colors, styles and finishes. Take a closer look at our full line of decking, railing, fencing, and landscape edging options.

**Brand Leader**
• Trex invented the composite decking category
• Continued innovation in composite materials
• Over 1 million homeowners have a Trex deck

**Ease of Use**
• Superior workability
• Largest dealer network
• Certified TrexPro® contractors
• Easy care, low maintenance

**Beauty and Comfort**
• Flexible design possibilities
• Natural, beautiful colors
• Barefoot friendly and slip-resistant

**Reliability**
• 25-year limited residential warranty
• Long-lasting durability
• Brand leader award from Builder Magazine
• Best in class award from Professional Remodeler and Professional Builder Magazines
• Incredible resale value

### PRODUCTS

Decking    Railing

Fencing    Landscape Edging

### RESOURCES

What is Trex?    How to Buy Trex

FAQs

Home | Products | Design Center | Warranty & Care | Trade Professionals | Career Center | Contact Us | Site Map