Trex Product Information

Page 1 of 2

![Trex - Create Your Space]

>>SEARCH

**Product Information**
What Is Trex®?
Decking
Railing Systems
Fencing
Landscape Edging
FAQs
Request Information
How to Buy Trex
Home

Find Trex Near You: Contractor    Zipcode:    >> SEARCH

## Product Information

Trex offers the broadest range of colors, styles and finishes. Take a closer look at our full line of decking, railing, fencing, and landscape edging options.

**Brand Leader**
- Trex invented the composite decking category
- Continued innovation in c materials
- Over 1 million homeowne Trex deck

**Ease of Use**
- Superior workability
- Largest dealer network
- Certified TrexPro® contra
- Easy care, low maintenar

**Beauty and Comfort**
- Flexible design possibiliti
- Natural, beautiful colors
- Barefoot friendly and slip-

**Reliability**
- 25-year limited residential warranty
- Long-lasting durability
- Brand leader award from Builder Magazine
- Best in class award from Professional Remodeler and Professional Builder Magazines
- Incredible resale value

PRODUCTS

## Ease of Use
- **Superior workability**
- **Largest dealer network**
- **Certified TrexPro® contractors**
- **Easy care, low maintenance**

RESOURCES

What is Trex?    How to Buy Trex
FAQs

Home | Products | Design Center | Warranty & Care | Trade Professionals | Career Center | Contact Us | Site Map

of 2". This will ensure that the nail fastens to both sides of the railing channel.

▲top of page

## PRODUCT CHARACTERISTICS

**How should Trex Wood-Polymer lumber be handled?**
Trex decking weighs more than wood and is more flexible. Do not attempt to lift similar volumes of Trex decking as you do wood. When storing Trex decking at the job site for extended periods, be sure to keep the material flat. See our Usage Guidelines.

▲top of page

**Will Trex decking absorb moisture?**
Because of the plastic in Trex decking that surrounds the wood fiber, moisture absorption is extremely low.

▲top of page

**Does Trex decking provide good traction?**
Trex decking provides a stable, firm, slip-resistant surface - wet or dry. Slip resistance or traction is measured in terms of the coefficient of friction. Trex scores high enough on these types of tests to be considered compliant with the American's with Disabilities Act.

▲top of page

**What happens to Trex decking in cold weather?**
Trex decking performs well in extreme cold weather environments. However, because Trex decking is 50% plastic, it will be harder to nail when very cold. Under these conditions, pre-drilling is recommended.

▲top of page

**What happens to Trex decking in hot weather?**
The span charts and gapping procedures are designed to ensure that Trex decking performs well in extreme hot weather. When the temperature increases, Trex decking will become more flexible, and it will expand/contract slightly. For this reason, the span tables and gapping instructions should be closely followed. See the Installation section of our Product & Installation Guide.

Deck Ideas

Page 1 of 1



**Deck Ideas**
Photo Gallery
DeckScapes
Design Showcase

Find Trex Near You: Contractor    Zipcode:    >> SEARCH

## Deck Ideas
### BUILDING YOUR DREAM...

Change the way you think about decking.

Trex Decking and Railing lets you create a deck unlike any other. Our innovative products allow limitless opportunities to express your individual creativity. And their low-maintenance and durable nature eliminates the need for staining and repairing, so there's more time to actually enjoy your deck.



- DeckScapes Magazine
- Photo Gallery
- Design Showcase

Home | Products | Deck Ideas | Warranty & Care | Trade Professionals | Investors | Contact Us | Site Map

© Copyright 2004 Trex Company Inc. All rights reserved  Privacy Policy   Terms of Use

http://web.archive.org/web/20040401221933/www.trex.com/ideas/     10/10/2008

TREX® PRODUCT & INFORMATION GUIDE

# Why Trex®?

**Superior decks are born of superior decking materials**

*Trex* decking and railing lets you create a deck unlike any other. Our innovative products allow limitless opportunities to express your individual creativity. Further, its low-maintenance composition eliminates the need for staining and sealing, so there's more time to actually enjoy a *Trex* deck.

If you are new to *Trex*, this book contains all of the information needed to start building great looking *Trex* decks.

If you are an experienced contractor, you'll find helpful hints & tips to take your *Trex* projects to the next level.

If you are a homeowner, this book will provide you with information you need to design and care for the deck of your dreams. To find a certified *TrexPro*™ contractor in your area, go to www.trex.com.

*TrexPros* are trained to install *Trex* products, including decks, railings, docks, etc. The Trex Company, Inc. has certified *TrexPro* contractors throughout the United States and Canada.



*Madeira*

PRODUCT – WHY TREX?

2

# Superior decks are born of superior decking materials

## Why Trex®?

**Superior decks are born of superior decking materials**

Trex decking and railing lets you create a deck unlike any other. Our innovative products allow limitless opportunities to express your individual creativity. Further, its low-maintenance composition eliminates the need for staining and sealing, so there's more time to actually enjoy a Trex deck.

If you are new to Trex, this book contains all of the information needed to start building great looking Trex decks.

If you are an experienced contractor, you'll find helpful hints & tips to take your Trex projects to the next level.

If you are a homeowner, this book will provide you with informatio[n] you need to design and care for t[he] deck of your dreams. To find a certified TrexPro™ contractor in y[our] area, go to www.trex.com.

TrexPros are trained to install [Trex] products, including decks, raili[ngs,] docks, etc. The Trex Company, [Inc.] has certified TrexPro contract[ors] throughout the United States [and] Canada.



*Madeira*

TREX® PRODUCT & INFORMATION GUIDE

PRODUCT - WHY TREX?

2

# Exhibit 6



## YOUR INVESTMENT IN TREX®

### THESE KEY FACTS MAKE YOUR DECISION EASY.

**Trex pays off – in time and money.**
Sure, it's low maintenance. But it also offers a greater return on your investment than a wood deck. On average, more than 90% of the cost of a composite deck is recouped at home resale*, making it one of the most valuable investments you can make in your home.

**Trex costs less over time –**
After a slightly higher initial investment, Trex proves to be a superior value over years of worry-free ownership.



COST OVER TIME

Total Cost
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$0   Yr1  Yr2  Yr3  Yr4  Yr5  Yr6  Yr7  Yr8  Yr9  Yr10
            Material Cost
— Trex   — Pressure-Treated Wood
Based on Trex internal research

**Trex offers a 25-year limited warranty‡**
– Comprehensive product coverage from the industry leader.

*According to the November 2005 issue of *Remodeling Magazine*.

‡Refers to Trex residential warranty only. For commercial warranty details, go to page 33.



TREX® PRODUCT & INSTALLATION GUIDE     4

Case 2:09-cv-00670-JSW Document 175-3 Filed 12/03/10 Page 8 of 11

Why Choose Trex — Page 1 of 2



# Trex
*How outdoor living should feel.*

**Product Information**
Why Choose Trex®?
What Is Trex?
Decking
Railing Systems
Fencing

## Product Information

### WHY CHOOSE TREX®?

There are many imitators. But there's only one Trex. We specially designed Trex to deliver a natural look and comfortable feel that no composite product can match. All with the widest range of distinctive colors, textures and styles to choose from.

### A better lifetime value

Trex has the longest record of proven performance. ==Because it requires so little maintenance, Trex makes for a better value over the life of your deck purchase.== Trex offers a 25-year limited residential warranty on all our products. Trex will never rot or warp. And you'll never have to sand or stain Trex. This means you can enjoy your Trex deck with fewer worries than with any other materials for years to come. We've taken the rich beauty of wood and left behind the splinters.



**TREX vs WOOD**
More durable
Pleasing to the touch/slip resistant
No staining or painting
No rotting, splintering or warping
No harmful chemicals
Curvability

**TREX vs OTHER COMPOSITES**
Most preferred by professionals
Largest range of profiles

http://web.archive.org/web/20071230052724/www.trex.com/products/whytrex_button.asp   10/10/2008

# Exhibit 7

Case 2:09-cv-00670-JSW Document 131-34 Filed 02/26/10 Page 10 of 10

What is Trex? Page 1 of 1



**Trex**
Create Your Space

>>SEARCH

Find Trex Near You: Contractor    Zipcode:    >> SEARCH

**Product Information**
What Is Trex®?
Features
Colors
Sizes
Decking
Railing Systems
Fencing
Landscape Edging
FAQs
Request Information
How to Buy Trex
Home

## Product Information

### WHAT IS TREX®?

Trex decking and railing products are made from a unique combination of reclaimed wood and plastic, giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel. It looks great year after year. And because there is no need to spend hours staining or repairing, the enjoyment of a Trex deck is truly timeless.

Unlike wood surfaces, Trex

- will not rot or deteriorate due to harsh weather
- is available in three finishes — smooth, wood grain or tropical hardwood . . . *more info*
- is available in six color options to suit any home style . . . *more info*
- is splinter-free
- contains no toxic chemicals or preservatives
- resists moisture, insects and sunlight making Trex decking the perfect choice for pools, hot tubs and spas
- has excellent traction, even when wet

As an added benefit of your Trex deck, you are helping the environment because Trex is made primarily with recycled plastic grocery bags, reclaimed pallet wrap and waste wood.

Home | Products | Design Center | Warranty & Care | Trade Professionals | Career Center | Contact Us | Site Map

© Copyright 1997-2006 Trex Company, Inc. All rights reserved Privacy Policy Terms of Use

http://web.archive.org/web/20070103023640/www.trex.com/products/whatistrex.asp    10/13/2008

Case 3:09-cv-00679-JSW   Document 134-3   Filed 09/24/10   Page 1 of 10

# What is Trex?



**Trex**
Create Your Space.®

>>SEARCH

**Product Information**
- What Is Trex®?
- Features
- Colors
- Sizes
- Decking
- Railing Systems
- Fencing
- Landscape Edging
- FAQs
- Request Information
- How to Buy Trex
- Home

Find Trex Near You: Contractor   Zipcode:   >> SEARCH

## Product Information

### WHAT IS TREX®?

Trex decking and railing products are made from a unique combination of reclaimed wood and plastic, giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel. It looks great year after year. And because there is no need to spend hours staining or repairing, the enjoyment of a Trex deck is truly timeless.

Unlike w
- w
- it
- g
- it
- c
- n
- h
- h

As an added benefit of your Trex deck, you are helping the environment because Trex is made primarily with recycled plastic grocery bags, reclaimed pallet wrap and waste wood.

Home | Products | Design Center | Warranty & Care | Trade Professionals | Career Center | Contact Us | Site Map

© Copyright 1997-2006 Trex Company, Inc. All rights reserved  Privacy Policy  Terms of Use