Trex Product Frequently Asked Questions

Page 2 of 4

that it receives about 50% of the recycled grocery bags available on the market.

Trex outdoor living products offer an outstanding value and are a smart investment for your home. They provide unmatched good looks and longevity -- Trex products will never rot or crack and are splinter-free. Trex decking is extremely weather-resistant and never needs painting or staining for protection. And, it is the only decking lumber of its kind to be code-listed by the nation's three major building code agencies. Trex decking is available at more than 3,300 lumberyards and home center stores throughout the U.S. and Canada. For more information see our Company Information page.

top of page

Q: What is Trex made of?

A: Trex composite decking, railing and fencing products are made from a unique combination of reclaimed wood and recycled polyethylene (plastic grocery bags, dry cleaning bags, stretch film), giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel.

top of page

Q: Is Trex an environmentally friendly product?

A: Trex composite materials are made from post-consumer and/or post-industrial reclaimed plastic and scrap wood, which would otherwise end up in landfills. The reclaimed plastic comes primarily from grocery bags and stretch film, and the scrap wood is from woodworking manufacturers.

top of page

Q: Why is Trex better than wood?

A: Trex products offer superior durability and performance that you can't get from wood. Trex composite products won't rot, warp or splinter, and they never require staining or painting to maintain their great looks. Trex products are incredibly safe for the whole family – they don't contain any harmful chemicals and the decking boards are slip resistant, meeting ADA codes. And last but not least, Trex offers design flexibility and creative freedom that wood just can't match. You can bend and curve Trex to create unique designs, and you can mix and match colors and finishes for a one-of-a-kind custom look.

top of page

Q: Why is Trex better than other alternative lumber products?

Case 3:09-cv-00670-JSW Document 175-4 Filed 12/03/10 Page 2 of 9
Case 3:09-cv-00670-JSW Document 134-7 Filed 09/23/10 Page 2 of 9

Trex Product Frequently Asked Questions

Page 2 of 4

Trex outdoor living products offer an outstanding value and are a smart investment for your home. They provide unmatched good looks and longevity -- Trex products will never rot or crack and are splinter-free. Trex decking is extremely weather-resistant and never needs painting or staining for protection. And, it is the only decking lumber of its kind to be code-listed by the nation's three major building code agencies. Trex decking is available at more than 3,300 lumberyards and home center stores throughout the U.S. and Canada. For more information see our Company Information page.

Q: What is Trex made of?

A: Trex composite decking, railing and fencing products are made from a unique combination of reclaimed wood and recycled polyethylene (plastic grocery bags, dry cleaning bags, stretch film), giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel.

top of page

Q: Is Trex an environmentally friendly product?

A: Trex composite materials are made from post-consumer and/or post-industrial reclaimed plastic and scrap wood, which would otherwise end up in landfills. The reclaimed plastic comes primarily from grocery bags and stretch film, and the scrap wood is from woodworking manufacturers.

Q: Why is Trex better than wood?

A: Trex products offer superior durability and performance that you can't get from wood. Trex composite products won't rot, warp or splinter, and they never require staining or painting to maintain their great looks. Trex products are incredibly safe for the whole family – they don't contain any harmful chemicals and the decking boards are slip resistant, meeting ADA codes. And last but not least, Trex offers design flexibility and creative freedom that wood just can't match. You can bend and curve Trex to create unique designs, and you can mix and match colors and finishes for a one-of-a-kind custom look.

# Trex Product Frequently Asked Questions

A: Trex is the leading brand of alternative decking and railing products with good reason. Here are just a few.

- Preferred by more professionals than any other brand
- Largest range of consumer-preferred styles, finishes and profiles
- Most natural look and feel compared to other composite or vinyl products
- The most extensive network of contractors
- More years of proven performance with installations in the field and on the ground
- Easy to cut, rout and fasten – no pre-drilling required.
- 25-Year Limited Residential Warranty – backed by the industry leader

top of page

Q: How do you dispose of Trex materials?

A: Trex Decking, Railing and Fencing products should be disposed with normal construction debris or household waste. Trex Artisan Series Railing® should NOT be burned due to its material composition.

top of page

Q: Where can I purchase Trex materials?

A: Use our contractor and dealer locator to find Trex near you.

top of page

Q: If Trex is made from recycled materials, why is it more expensive than wood?

A: Trex products are engineered and manufactured to deliver superior durability, ease of maintenance and great looks for many years – something wood can't do. Our unique formulation and manufacturing process make that possible. While most of the raw materials used in making Trex are recycled, these materials are carefully processed to ensure the highest level of quality and performance. And because you'll never have to sand, stain or paint it, Trex provides an outstanding value over the life of your deck or fence. Clean it once a year and you're done.

top of page

Q: What is the lifetime value of Trex?

A: Because Trex never rots or warps, painting and staining will never be required. With pressure-treated wood decks, these costs add up over time. After four years, the total cost of owning a Trex deck equals the cost of a pressure-treated wood deck. Over the life of the

Trex Product Frequently Asked Questions

Page 3 of 4

A: Trex is the leading brand of alternative decking and railing products with good reason. Here are just a few.

- Preferred by more professionals than any other brand
- Largest range of consumer-preferred styles, finishes and profiles
- Most natural look and feel compared to other composite or vinyl products

**Q: If Trex is made from recycled materials, why is it more expensive than wood?**

A: Trex products are engineered and manufactured to deliver superior durability, ease of maintenance and great looks for many years – something wood can't do. Our unique formulation and manufacturing process make that possible. While most of the raw materials used in making Trex are recycled, these materials are carefully processed to ensure the highest level of quality and performance. And because you'll never have to sand, stain or paint it, Trex provides an outstanding value over the life of your deck or fence. Clean it once a year and you're done.

top of page

A: Use our contractor and dealer locator to find Trex near you.

**Q: If Trex is made from recycled materials, why is it more expensive than wood?**

A: Trex products are engineered and manufactured to deliver superior durability, ease of maintenance and great looks for many years – something wood can't do. Our unique formulation and manufacturing process make that possible. While most of the raw materials used in making Trex are recycled, these materials are carefully processed to ensure the highest level of quality and performance. And because you'll never have to sand, stain or paint it, Trex provides an outstanding value over the life of your deck or fence. Clean it once a year and you're done.

top of page

**Q: What is the lifetime value of Trex?**

A: Because Trex never rots or warps, painting and staining will never be required. With pressure-treated wood decks, these costs add up over time. After four years, the total cost of owning a Trex deck equals the cost of a pressure-treated wood deck. Over the life of the

http://web.archive.org/web/20080117151708/www.trex.com/Universal/faq_general.asp     10/10/2008

# Exhibit 8

Case 2:09-cv-00670-JSW Document 175-4 Filed 12/02/10 Page 6 of 9
Case5:09-cv-00670-JF Document164-5 Filed03/26/10 Page2 of 9

What is Trex?
Page 1 of 2

# Trex
The DECK of a lifetime

>> SEARCH

Find Trex Near You: Contractor    Zipcode:      >> SEARCH

## Product Information

- What is Trex®?
- Features
- Colors
- Sizes
- Decking
- Railing Systems
- Landscape Edging
- Product & Installation Guide
- FAQs
- Request Information
- How to Buy Trex

## Product Information

### WHAT IS TREX?

Trex decking and railing products are made from a unique combination of reclaimed wood and plastic, giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel. It looks great year after year. And because there is no need to spend hours staining or repairing, the enjoyment of a Trex deck is truly timeless.

Unlike wood surfaces, Trex

- requires no stains or sealants for protection . . . *more info*
- will not rot or deteriorate due to harsh weather
- is available in two textures - smooth or wood grain . . . *more info*
- is available in five color options to suit any home style . . . *more info*
- is splinter-free
- contains no toxic chemicals or preservatives
- resists moisture, insects and sunlight making Trex decking the perfect choice for pools, hot tubs and spas
- has excellent traction, even when wet

As an added benefit of your Trex deck, you are helping the environment because Trex is made primarily with recycled plastic grocery bags, reclaimed pallet wrap and waste wood.

Home | Products | Deck Ideas | Warranty & Care | Trade Professionals | Investors | Contact Us | Site Map

Ireland | Norge | United Kingdom

© Copyright 2004 Trex Company, Inc. All rights reserved Privacy Policy Terms of Use

What is Trex? Page 1 of 2



**Trex**
*The DECK of a lifetime*

>>SEARCH

**Product Information**
What Is Trex®?
Features
Colors
Sizes
Decking
Railing Systems
Landscape Edging
Product & Installation Guide
FAQs
Request Information
How to Buy Trex

Find Trex Near You: Contractor  Zipcode: [ ]  >> SEARCH

## Product Information

### WHAT IS TREX?

Trex decking and railing products are made from a unique combination of reclaimed wood and plastic, giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel. It looks great year after year. And because there is no need to spend hours staining or repairing, the enjoyment of a Trex deck is truly timeless.

Unlike wood surfaces, Trex



## Unlike wood surfaces, Trex

- requires no stains or sealants for protection . . . *more info*
- will not rot or deteriorate due to harsh weather
- is available in two textures - smooth or wood grain . . . *more info*
- is available in five color options to suit any home style . . . *more info*
- is splinter-free
- contains no toxic chemicals or preservatives
- resists moisture, insects and sunlight making Trex decking the perfect choice for pools, hot tubs and spas
- has excellent traction, even when wet

© Copyright 2004 Trex Company, Inc. All rights reserved Privacy Policy  Terms of Use

10/10/2008

http://web.archive.org/web/20050104012249/www.trex.com/products/whatistrex.asp

What is Trex? Page 1 of 2

**Trex**
The DECK of a Lifetime
>> SEARCH

Find Trex Near You: Contractor  Zipcode:   >> SEARCH

**Product Information**
WHAT IS TREX?

**Product Information**
What is Trex®?
Features
Colors
Sizes
Decking
Railing Systems
Landscape Edging
Product & Installation Guide
FAQs
Request Information
How to Buy Trex

Trex decking and railing products are made from a unique combination of reclaimed wood and plastic, giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel. It looks great year after year. And because there is no need to spend hours staining or repairing, the enjoyment of a Trex deck is truly timeless.

is made primarily with recycled plastic grocery bags, reclaimed pallet wrap and waste wood.

Home | Products | Deck Ideas | Warranty & Care | Trade Professionals | Investors | Contact Us | Site Map

Ireland | Norge | United Kingdom

© Copyright 2004 Trex Company, Inc. All rights reserved  Privacy Policy  Terms of Use

http://web.archive.org/web/20050104012249/www.trex.com/products/whatistrex.asp   10/10/2008

What is Trex? Page 1 of 1



## Product Information

- What Is Trex®?
- Features
- Colors
- Sizes
- Decking
- Railing Systems
- Fencing
- Landscape Edging
- FAQs
- Request Information

Find Trex Near You: Contractor   Zipcode:   >> SEARCH

# Product Information

## WHAT IS TREX®?

Trex decking and railing products are made from a unique combination of reclaimed wood and plastic, giving you the best qualities of both materials. The plastic shields the wood from moisture and insect damage, so there's no rotting or splintering. The wood protects the plastic from UV damage and gives your deck a solid, natural feel. It looks great year after year. And because there is no need to spend hours staining or repairing, the enjoyment of a Trex deck is truly timeless.

Unlike wood surfaces, Trex



Unlike wood surfaces, Trex

- will not rot or deteriorate due to harsh weather
- is available in three finishes — smooth, wood grain or tropical hardwood . . . *more info*
- is available in six color options to suit any home style . . . *more info*
- is splinter-free
- contains no toxic chemicals or preservatives
- resists moisture, insects and sunlight making Trex decking the perfect choice for pools, hot tubs and spas
- has excellent traction, even when wet

As an added benefit of your Trex deck, you are helping the environment because Trex is made primarily with recycled plastic grocery bags, reclaimed pallet wrap and waste wood.

http://web.archive.org/web/20070103023640/www.trex.com/products/whatistrex.asp   10/13/2008