Request Information FAQs Find a Contractor Where to Buy Trex Compar

Search trex.com

Deck Planning 101

Deck Basics

Building or Renovating?

How You Use Your Deck

Build to Your Space

Sun and Shade

Entrances and Exits

Places to Lean or Sit

Privacy

Codes and Permits

Hiring a Contractor

Do It Yourself

Where to Buy

Find a Contractor

# Deck Planning 101

## How do you plan to use your deck?

*Dining? Relaxing? Entertaining? All of the above?*

### Everything tastes better outside.

- If you're thinking about outdoor dining, consider keeping your deck close to the kitchen to minimize long trips back and forth.
- Consider the table size you'll need to seat family and friends comfortably, and make sure there's enough room on the deck to accommodate it.
- Bench seating works great for larger groups, while using space efficiently.
- If you're building a deck to feature an incredible outdoor kitchen, make sure you shelter the grilling space from the wind.
- You may want to invest in a grill mat to avoid getting stains on your deck.

### Want to include a swimming pool or hot tub?

- Trex® is water and slip-resistant – the ideal surface for lounging by the pool.
- Be sure to plan enough space for any lounge furniture, like a chaise.
- Hot tubs can be heavy, so make sure your deck's foundation and framing are built to handle the load.

### Nothing says summer like the perfect deck party.

DECKSCAPES MAGAZINE
We Believe Outdoor Living Is a Lifestyle
See how Trex® can take more of your everyday outside!

PHOTO GALLERY
We're Not Picture-Shy
Take a look, get ideas, and see what Trex® has built for thousands of customers already
LEARN MORE

IN YOUR AREA
Find A Contractor
Locate a TrexPro® contractor near you.
CONTINUE

**Trex®**

*How outdoor living should feel.*

Request Information FAQs Find a Contractor Where to Buy Trex Compar

Search trex.com

Deck Planning 101

Deck Basics

Building or Renovating?

How You Use Your Deck

Build to Your Space

Sun and Shade

Entrances and Exits

Places to Lean or Sit

Privacy

Codes and Permits

Hiring a Contractor

Do It Yourself

Where to Buy

Find a Contractor

# Deck Planning 101

## How do you plan to use your deck?

***Dining? Relaxing? Entertaining? All of the above?***

**Everythin**

- If you're think keeping your minimize lon
- Consider the and friends c enough roor
- Bench seatin while using s
- If you're builc outdoor kitch grilling space
- You may war getting stains

**Want to ir pool or hc**

- Trex® is wat surface for lo
- Be sure to pl furniture, like
- Hot tubs can foundation ar load.

# Want to include a swimming pool or hot tub?

- Trex® is water and slip-resistant – the ideal surface for lounging by the pool.
- Be sure to plan enough space for any lounge furniture, like a chaise.
- Hot tubs can be heavy, so make sure your deck's foundation and framing are built to handle the load.

DECKSCAPES® MAGAZINE

We Believe Outdoor Living Is a Lifestyle

See how Trex® can take more ...ide!

..., and see ... or ...rs already

...actor

CONTINUE

**Nothing says summer like the perfect deck party.**



Trex Photo Gallery - Deck Ideas - Discovery Your Design

Page 2 of 2

Trex Photo Gallery 14 of 50

Disclaimer: The photographs in this website ("Images") are either owned or exclusively licensed by Trex Company, Inc. ("Trex Company"), and are available for use only in connection with the marketi sale of Trex Company's products and only in a manner permitted by Trex Company. For permission to use Images, please contact us at marketing@trex.com. Trex Company retains the right to contro manner in which these Images are used by user, and may terminate user's right to use these Images at any time and for any reason. User agrees to abide by the terms set from time to time by Trex Company for the use of the Images.

Career Center | Contact Us | Privacy Policy | Terms of Use | Site Map

© Copyright 1997-2008 Trex Company, Inc. All rights reserved

http://www.trex.com/photogallery/

10/14/2008

Disclaimer. The photographs in this website ("Images") are either owned or exclusively licensed by Trex Company, Inc. ("Trex Company"), and are available for use only in connection with the marketi sale of Trex Company's products and only in a manner permitted by Trex Company. For permission to use Images, please contact us at marketing@trex.com. Trex Company retains the right to contro manner in which these Images are used by user, and may terminate user's right to use these Images at any time and for any reason. User agrees to abide by the terms set from time to time by Trex Company for the use of the Images.

Career Center | Contact Us | Privacy Policy | Terms of Use | Site Map

© Copyright 1997-2008 Trex Company Inc All rights reserved



# Exhibit 9

include 1x6, 5/4x6, 2x2 (balusters), 2x4, 2x6 and 2x8. Standard lengths are 12', with 5/4x6, 2x4 and 2x6 available in 16' lengths. 5/4x6 and 2x6 are also available in 20' lengths. Special order profiles are also available and include 2x10, 3x6, and 4x6. See the Trex Sizes page for details on our other profiles.

▲top of page

**Will the color of Trex decking change?**
Trex decking will change color slightly after 10-12 weeks exposure to the sunlight and water. Please see our Weathering page for more information.

▲top of page

**Does Trex decking come with a warranty?**
Yes, Trex decking has a fully-transferable limited warranty unmatched by competitive materials. The Trex decking limited warranty offers coverage against material defects in workmanship and materials, and against splintering, splitting, checking, rot, decay and termite damage, for a full 25 years. The total life expectancy for Trex decking is currently undetermined. Accelerated age testing is ongoing and has simulated over 50 years of exposure to harsh weather with little affect on our products. See warranty details.

▲top of page

**How do I dispose of Trex decking? Can it be taken to a landfill?**
Trex lumber contains no toxic preservatives and can be included and disposed of with normal construction debris.

▲top of page

**Where can you buy Trex decking and how much does it cost?**
Trex decking is available nationwide through a network of approximately 2500 lumber dealers or through your TrexPro contractor. You can call 1-800-BUY-TREX for the dealer or contractor nearest you. You can also use our dealer/contractor locator on this site to find Trex near you. You'll find that Trex decking is very competitive in cost to premium grades of decking lumbers. And, since Trex decking never requires stains or sealants for protection, you will be dollars ahead after only a few years.

▲top of page

**WORKING WITH TREX DECKING**

Case5:09-cv-00670-JF Document144-8 Filed01/28/10 Page3 of 12

include 1x6, 5/4x6, 2x2 (balusters), 2x4, 2x6 and 2x8. Standard lengths are 12', with 5/4x6, 2x4 and 2x6 available in 16' lengths. 5/4x6 and 2x6 are also available in 20' lengths. Special order profiles are also available and include 2x10, 3x6, and 4x6. See the Trex Sizes page for details on our other profiles.

▲top of page

**Does Trex decking come with a warranty?**

Yes, Trex decking has a fully-transferable limited warranty unmatched by competitive materials. The Trex decking limited warranty offers coverage against material defects in workmanship and materials, and against splintering, splitting, checking, rot, decay and termite damage, for a full 25 years. The total life expectancy for Trex decking is currently undetermined. Accelerated age testing is ongoing and has simulated over 50 years of exposure to harsh weather with little affect on our products. See warranty details.

▲top of page

**How do I dispose of Trex decking? Can it be taken to a landfill?**

Trex lumber contains no toxic preservatives and can be included and disposed of with normal construction debris.

▲top of page

**Where can you buy Trex decking and how much does it cost?**

Trex decking is available nationwide through a network of approximately 2500 lumber dealers or through your TrexPro contractor. You can call 1-800-BUY-TREX for the dealer or contractor nearest you. You can also use our dealer/contractor locator on this site to find Trex near you. You'll find that Trex decking is very competitive in cost to premium grades of decking lumbers. And, since Trex decking never requires stains or sealants for protection, you will be dollars ahead after only a few years.

▲top of page

**WORKING WITH TREX DECKING**

Case3:09-cv-00670-JF Document144-8 Filed01/28/10 Page8 of 12

Career Center Contact Us How to Buy Site Map

© Copyright 1997-2007 Trex Company, Inc. All rights reserved. Privacy Policy Terms of Use

Case3:09-cv-00670-JSW Document175-5 Filed12/03/10 Page9 of 11
Case5:09-cv-00670-JF Document134-8 Filed01/28/10 Page5 of 12

Trex Composite Decking, Railing and Fencing

Page 1 of 1

Trex®
How outdoor living should feel.
INTRODUCING
TREX ESCAPES™
Outdoor living just got a whole lot easier.
DES
Create the outd
space of you

Take off your shoes and come outside Trex®. Life just feels better on Trex.

- A softer, more inviting comfort
- A natural, more enduring beauty
- No warping, rotting or splintering
- A broad range of design, finish and color options
- Backed by our 25-Year Limited Residential Warranty

Trex. How outdoor living should feel.

Career Center Contact Us How to Buy Site Map
© Copyright 1997-2007 Trex Company, Inc. All rights reserved. Privacy Policy Terms of Use

http://web.archive.org/web/20080106112238/http://www.trex.com/

10/10/2008

Case5:09-cv-00670-JF Document164-8 Filed09/24/10 Page10 of 11

# Exhibit 10



DIY Forum | DIY Blogs | Photos | Woodworking | Extreme How To | Advertise | Contact Us

Carpentry | Construction | Electrical | Flooring | HVAC | Landscaping | Painting | Plumbing | Roofing

Search

Ads by Google Porch Ideas Wood Pergola Fence Designs Porch D

DIY Chatroom - DIY Home Improvement Forum > Home Improvement > Building & Construction

**TREX decking extremely disappointing**

User Name User Name Remember Me?
Password Log in

Register | DIY Blogs | FAQ | Community | Today's Posts | Search

Better check it out.

CLICK HERE AND JOIN OUR COMMUNITY TODAY...**IT'S FREE**!

Post Reply

Page 1 of 12 **1** 2 3 4 5 11 > Last »

Thread Tools | Search this Thread | Display Modes

07-21-2007, 01:21 AM #1

KHL
Newbie

Join Date: Jul 2007
Posts: 1

**TREX decking extremely disappointing**

We replaced an aging wood deck with TREX decking last summer (06). Within a few months, we had spots occuring all over it. Our experienced installer and contractor "had never seen it before". We had it gently pressure washed, and still, the spots continued to increase. By this May, the entire 3000 square foot deck had spots.
We tried contacting TREX, and were referred to their Insurance Claim company that handles all complaints. We were assigned a case number, but nothing was initiated. We had to make all phone calls and do all follow up. We subsequently learned from a supervisor within their system that three years ago, "one plant" produced an inferior product, but it was most likely "not out in the market any more".
We continued to seek assistance with diagnosis. The manager of our local supplier, Lumberman's, came on site and agreed, he "had never seen it