before" and recommended that we get the TREX rep out to examine it. After some time, he came out and agreed, he had "never seen it before". They brought out an Olympic Deck Stain removal product, and instructed us to apply it full strength, twice if necessary, to attempt to remove spots, which covered almost all of the entire deck. The men agreed that the spots appeared to be a mold that was coming from the interior of the product itself. We applied the cleaning product full strength, and were able to remove some of the spots, which were about the size of a nickel. Some still remained.
The TREX rep assured us that they would send out a professional to clean it again, but one never materialized.
We continue to be unsatisfied with the TREX product. We sought a complete replacement, but TREX said they had to use one of their own sub contractors, who refused to do anything until TREX agreed to pay him for the work. We sought an optional opportunity to replace the TREX with a product of our own choosing, but TREX refused. TREX guarantees their product for life. They guarantee it against defects. However, we feel we have a defective product.
Most recently, we received a standard form letter from TREX indicating the problem absolutely was "mold" and "our fault" and "not their problem". We feel the claims TREX makes are false. We refuse to recommend the product to any of our contractor friends, and all who see the product at our home agree it is substandard.
It is disappointing that for such an expensive, life time guaranteed product, the company in fact does not stand up for it, it hides behind it.
We are curious if any others have had a similar problem. If so, we would consider a class action law suit.
It is a shame to have a brand new deck look poor and damaged, and to be making excuses to visitors about the condition of the deck.

www.CaliBamboo.com

**Ipe Decking**
Beautiful Decking Lasts
40+ Years No Washing
or Deck Stain Required
www.AdvantageLumber.com

Case5:09-cv-00670-JF Document164-5 Filed 09/24/10 Page 2 of 15

# Exhibit 11



## Trex Decking, Mold Problems

Trex Decking, Mold Problems

In 2003, we installed a 16 X 16 Trex deck, with railings and stairs set.

**Keyword Tags**

Starting in 2005, we now have what appears to be mold continuing to appear

all over the Trex product. We have pressure washed the decking, and each

time these black spots return even faster. We chose the Trex product,

because it was marketed as virtually, maintenance free ... WRONG !! Now

that our house is on the market, we continue to get questions regarding the

Trex product. One family chose another home, pointing out that our deck was

a large part of their reason to buy a different home.

From: Message Author (click here to email author)
Date: Tuesday, 05-Sep-06 06:02:29 CDT

**Business:** Reply Online    **Consumer:** Comment On This

## Comment On This

We are so extremely disappointed in our TREX deck. We invested well over $5000 after being told it was maintenance free. Deck is at least 24" above ground level, with approximately 1/4" between deck boards, adequately sloped and standing water is NOT a problem. No trees are within the vicinity. BUT after a wet summer in KANSAS our MAINTENANCE FREE DECK HAS MOLD!!!!! I tried the mixture recommended on the TREX site and now have unevenly colored deck and the MOLD also. .... THANK YOU VERY MUCH TREK FOR PROVING TO MY HUSBAND THAT WE SHOULD HAVE WENT WITH WOOD!!!!!!!!!! Before we purchased TREX

we visited the site several times... no mention of maintenance and MOLD...

From: Message Author (click here to email author) *(has asked not to receive email)*
Date: Sunday, 27-Sep-09 20:17:26 CDT

**Business:** Reply Online    **Consumer:** Comment On This

## Comment On This

In 2006, I stalled a 12 x 12 Treck deck with railing etc.

The deck has mildew growing on the top surface. And an orange colored fungii at the ends of the deck.

I have a dark brown deck which is unevenly bleached out. Together with the mildew, it looks like the deck is 20 years old.

I also had a problem with the Fastner Master Deck

Screw that Trex recommends. They claim corrosion resistent, however the screws started to rust.

Unlike Trex, the customer support sent me replacement "stainless stell" deck screws. Further, they paid me money to have the screws replaced.

That's what I call customer service.

From: Message Author (click here to email author)
Date: Sunday, 27-Sep-09 17:46:11 CDT

**Business:** Reply Online    **Consumer:** Comment On This

# Comment On This

Our deck is 2 years old this month. We used the recommended cleaner and now there seems to be more molf spots. This is more work that our wood deck was and 3 times the cost. Maintenance free? Ha!

From: Message Author (click here to email author)
Date: Sunday, 23-Aug-09 22:43:04 CDT

**Business:** Reply Online    **Consumer:** Comment On This

# Comment On This

We had a home built in STL, MO in 2007 and now have experience these same horrors stories regarding the TREX Deck with black spots (mold/mildew) all over it. Had I know this beforehead about TREX, I would have never used it.

# Exhibit 12

Trex Decking mold & mildew - Deck & Patio - BBS - Bob Vila Page 1 of 2
Case5:09-cv-00670-JF Document164-5 Filed03/26/10 Page2 of 16
Case5:09-cv-00670-JF Document154-5 Filed12/02/10 Page 7 of 15



**Woodard Wrought Iron**
Don't buy new. Restore your patio furniture by powder coating.
www.patiochaircare.com

**Wood Deck Preserving**
We Clean, Preserve & Maintain Decks Get a Free Evaluation of your Deck
www.calpreserving.com

**Composite Deck Boards**
Durable & Colorfast Plastic Lumber. Request A Quote Or Order Online!
www.EPSPlasticLumber.com

Ads by Google

MOEN® SHOWER COLLECTION
Designed for your life.
» View More Showers
MOEN
Buy it for looks. Buy it for life.®

Home > Ask a Question > BBS > Deck & Patio > Trex Decking mold & mildew

# Deck & Patio
Moderated by Altereagle

Get automatic updates when new posts on this topic appear in the forum. Click here to get started.

Need a contractor for your project?
Click here to compare local contractors.

Font Size: AA   View Style: Flat  Tree   Post

Title/Content

**Trex decking**                       08/17/2009 11:50 PM

  **Trex Decking mold & mildew**      11/23/2009 09:15 AM

We also have been very disappointed with our Trex deck, installed in early 2007. Approximately one third of the deck is

Trex Decking mold and mildew - Deck and Patio - BBS - Bob Vila Page 2 of 2
Case 5:09-cv-00670-JF Document 64-5 Filed 03/29/10 Page 8 of 16
Case 3:09-cv-00670-JW Document 135-6 Filed 12/03/10 Page 8 of 15

now covered with mold and mildew spots. After cleaning with products recommended by Trex, these spots are not entirely removed. Even when the spots do appear to wash out, they return in a couple of weeks. The discoloration and fading in the portion of the deck where the cleaners were used is quite ugly, and the spots remain. We submitted a claim, along with photos, which was just rejected by the Trex company.
I am very disappointed with this product and would not recommend that anyone purchase it.

Post Reply | Watch this Topic

| Salbriss | 11/23/2009 02:23 PM |
| trex mold | 11/25/2009 12:32 PM |

About | Press Room | FAQ | Contact | Sitemap | Privacy Policy | Terms of Use
© 2009 BobVila.com

# Exhibit 13

GET UP TO 5% cash back every 6 months you're accident-free with the Allstate Safe Driving Bonus® Check.

LEGAL

Featured: Fireplaces                    Featured: Sears - Doors & W

### home remodeling
On Time & Budget Since 1960 Free Consultation. Contact us today
www.levitch.com

### Luxury Remodeling
Naples and Bonita Springs Luxury Builder and Remodeler
www.rsbyfrey.com

### Morgan Hill Garage Door
Sales and Service of Garage Doors Specializing In Custom Garage Doors
MorganHillGarageDoor.com

Ads by Google

Home > Ask a Question > Fix It Forum > Trex Mold



Subscribe to our feed and do talking about. Click here to

Latest - 100 Topics | 100 Posts | Archive | Font Size: A A

### Trex Mold
Posted by **RVasilakis** on June 18th, 2007 07:11 PM
In reply to trex by jensabino on June 7th, 2007 11:07 AM [Go to top o

Post Reply | Watch this Post

I have been fighting with Trex also regarding this mold issue. The packet....I complied regarding giving them all the information they photos, etc. In so many words, they will do NOTHING! Can anyor have any recourse on this issue?

Was this post helpful? Yes:       or No:

Need a contractor for your project?
Click here to find a local qualified contractor.





**BobVila.com Products & Services Showrooms**
Sears - HVAC Repair
InsWeb - Homeowners Discounts Online
Sears - Vinyl Siding
CLR - Tough household cleaners
White Lightning Caulk - Caulks and Sealants
NewGrass - Synthetic Grass for Artificial Lawns

Related Showrooms

**Topic History:**
Composite deck material by **Bruce** 7/1/02 10:41 AM ( : 1,
  TREX and composits by **Greg** 8/8/02 08:52 PM ( : 2, : 0)
  trex decking by **john** 11/25/02 08:08 PM ( : 12, : 1)
  Trex mildew stains by **Sue** 8/25/03 07:40 PM ( : 7,
  Trex Mold by **sonnyman** 6/5/07 05:56 PM
  trex by **jensabino** 6/7/07 11:07 AM
**Topic Follow-ups:**
Trex Mold by **sonnyman** 6/18/07 09:55 PM

About | Press Room | FAQ | Contact | Sitemap | Privacy Policy | Terms of Use
© 2009 BobVila.com

# Exhibit 14

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

ELIZABETH A. ALEXANDER
PARTNER

ONE NASHVILLE PLACE
150 FOURTH AVENUE, NORTH
SUITE 1650
NASHVILLE, TENNESSEE 37219-2423
TELEPHONE: (615) 313-9000
FACSIMILE: (615) 313-9965
mail@lchb.com
www.lchb.com

SAN FRANCISCO

NEW YORK

January 15, 2010

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Ronald Kaplin                          William Gupp
Chairman                               Senior Vice President/General Counsel
Trex Company, Inc.                     Trex Company, Inc.
160 Exeter Drive                       160 Exeter Drive
Winchester, VA 22603-8614              Winchester, VA 22603-8614

     Re:  Notice and Demand Letter Re: Trex Decking Delamination Defect

To Trex Company, Inc.:

  Together with our co-counsel, Hausfeld LLP, Gary, Naegele & Theado, LLC, Tousley Brain & Stephens, PLLC, Audet and Partners, LLC and Cueno, Gilbert & LaDuca, LLP, we represent Dean Mahan. Pursuant to the California Consumer Legal Remedies Act ("CLRA"), California Civil Code § 1750, *et seq.* (specifically, §§ 1782(a)(1) and (2)), Mr. Mahan, on behalf of himself and all other similarly situated consumers in California (collectively, the "Class"), through their undersigned counsel, hereby notify you that Trex Company, Inc. ("Trex") is alleged to have violated the CLRA by warranting, marketing, advertising, and selling Trex decking products that Trex knew were inherently defective because they develop mold and/or fungal growth that causes unsightly and extensive discoloration, causing them to fail well before their warranted and expected useful life (the "Defect"). This growth occurs regardless of proper installation, maintenance and cleaning, recurs quickly after being cleaned using the very process(es) Trex recommends, and cannot be prevented or remediated without unreasonable and excessive effort, if at all. We hereby demand that Trex correct, repair, replace or otherwise rectify the goods within 30 days from your receipt of this letter.

  Plaintiff Dean Mahan resides in Citrus Heights, Sacramento County, California. In approximately June 2005, Mr. Mahan purchased Trex decking materials for approximately $9,000.00 to replace a wooden deck on his home. Mr. Mahan had the deck installed by a professional contractor in accordance with Trex's instructions. Within one year of purchase, the decking started exhibiting significant surface flaking. Mr. Mahan contacted a Trex service

Trex Company, Inc.
January 15, 2010
Page 2

representative who instructed him to call Barodini Construction in Sacramento, California. Barodini Construction inspected and replaced the deck with more Trex materials. Trex paid the for the replacement, including all labor expenses to remove the deck and install the new one. Within two years after it was installed, the second Trex deck started to developed extensive mold spotting in the form of noticeably large black and gray spots. Ms. Mahan again contacted Trex and a customer service representative instructed him to purchase an expensive chemical cleaner to clean the deck, which he did. Since that time, Mr. Mahan has expended considerable time and expense attempting to clean the mold spots using the methods recommended by Trex, without success. Despite his repeated efforts to clean the deck, the mold and/or fungal growth and attendant discoloration continue to reappear.

The Defect has caused significant financial consequences for our client and consumers throughout California. Trex knew of the Defect, and concealed them from consumers and the public in a manner that violates the CLRA.

Trex's misrepresentations and its active concealment and nondisclosure of the Defect in warranting, marketing, advertising, and selling Trex decking constitute the following violations of the CLRA:

1. Trex has represented that its goods have characteristics, uses or benefits that they do not have (§ 1770(a)(5));

2. Trex has falsely represented that its goods are of a particular standard, quality or grade when they are of another (§ 1770(a)(7));

3. Trex has advertised its goods with the intent not to sell them as advertised (§ 1770(a)(9)); and

4. Trex has included unconscionable provisions in its warranty purporting to exclude coverage of claims related to the Defect and limit any consequential damages (§ 1770(a)(19)).

Pursuant to Section 1782 of the CLRA, and based on the foregoing, we hereby demand that within thirty (30) days of receiving this letter, Trex agree to replace the Trex decking owned by Mr. Mahan and others like him. Specifically, we demand that Trex: (1) replace free of charge all defective Trex decking owned by any member of the Class, including the cost of labor for replacement; or (2) agree to reimburse any and all Class members who own Trex decking with a manifest Defect for the full amount they paid for the Trex decking materials, plus the labor costs that were required to install the decking and that will be required to remove it.

Please be advised that should Trex refuse this demand, Mr. Mahan will seek monetary damages for themselves and the Class, as well as an award of injunctive relief, restitution, punitive damages, attorneys' fees and costs, and any other relief a court deems proper.

Trex Company, Inc.
January 15, 2010
Page 3

   If you have any questions regarding this notice and demand, feel free to contact me at (615) 313-9000.

              Very truly yours,

              Elizabeth A. Alexander

EAA:wp

cc: Jonathan D. Selbin
   Patrick J. Perrone (via email)

851710.1