| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206.623.7292<br>Facsimile: 206.623.0594 | K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Telephone: 415.882.8200<br>Facsimile: 415.822-8220 |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>Tyler S. Weaver (*pro hac vice*)<br>tyler@hbsslaw.com<br>Robert F. Lopez (*pro hac vice*)<br>robl@hbsslaw.com | Patrick J. Perrone (*pro hac vice*)<br>patrick.perrone@klgates.com<br>Todd L. Nunn (*pro hac vice*)<br>todd.nunn@klgates.com<br><br>Attorneys for Defendant Trex Company, Inc. |
| Attorneys for Select Plaintiffs and Lead Counsel<br>for the Proposed Class | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, J. STEPHEN TISDALE, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 09-00670-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Per the Civil Standing Orders of the Honorable Jeffrey S. White, plaintiffs and defendant Trex Company, Inc. ("Trex"), by and through their respective counsel of record, stipulate and respectfully ask the Court to continue the Case Management Conference scheduled for April 27, 2012 per the February 8, 2012 Clerk's Notice Continuing Case Management Conference (Dkt. No. 222). The parties continue to mediate this matter as set forth in the Stipulation and Proposed Order Requesting Revision of Case Schedule To Allow Parties To Mediate, which was entered by the Court on January 18, 2012 (Dkt. No. 221).

The parties stipulate and request that the case schedule be suspended for six weeks from the date of entry of this order so that they can continue to mediate as set forth in the order entered on January 18, 2012. The parties will report the results of their mediation within five (5) days following the end of mediation, and no later than five (5) days following the expiration of the six-week period referenced above. If the parties report that they have been unable to settle this matter, then with their report they will ask that the Court decide Trex's pending motion to transfer and, if the motion to transfer is denied, that the Court set a case management conference for the

earliest availability on the Court's calendar (with the parties' case management statement due seven (7) days before the case management conference).

DATED: April 23, 2012.  HAGENS BERMAN SOBOL SHAPIRO LLP


By  /s/ Robert F. Lopez
    Steve W. Berman
    Tyler S. Weaver
    Robert F. Lopez

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

DATED: April 23, 2012.  K&L GATES LLP


By:  /s/ Patrick J. Perrone
     Patrick J. Perrone
     Todd L. Nunn

*Attorneys for Defendant Trex Company, Inc.*

1   **~~[PROPOSED]~~ ORDER**

2   The foregoing Stipulation having been reviewed, and good cause appearing therefor, the

3   requested scheduling change is hereby ORDERED and approved, as modified.  The Court HEREBY

4   CONTINUES the case management conference to July 6, 2012 at 1:30 p.m.

5

Dated:  April 24, 2012

*Jeffrey S. White*

Honorable Jeffrey S. White
United States District Judge

3

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Case No. CV 09-00670-JSW**