HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206.623.7292
Facsimile:  206.623.0594

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Tyler S. Weaver (*pro hac vice*)
tyler@hbsslaw.com
Robert F. Lopez (*pro hac vice*)
robl@hbsslaw.com

Attorneys for Select Plaintiffs and Lead Counsel
for the Proposed Class

K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Telephone: 415.882.8200
Facsimile:  415.822-8220

Patrick J. Perrone (*pro hac vice*)
patrick.perrone@klgates.com
Todd L. Nunn (*pro hac vice*)
todd.nunn@klgates.com

Attorneys for Defendant Trex Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, J. STEPHEN TISDALE, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 09-00670-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  Per the Civil Standing Orders of the Honorable Jeffrey S. White, plaintiffs and defendant Trex Company, Inc. ("Trex"), by and through their respective counsel of record, stipulate and respectfully ask the Court to continue the Case Management Conference, which presently is scheduled for September 7, 2012, to September 28, 2012. Counsel for Trex will be out of the country on September 7, 2012, and respectfully requests the short continuance so that he may be present at the Case Management Conference.

For the foregoing reasons, the parties submit that there is good cause to revise the schedule as requested. They ask respectfully that the Court accept the revised schedule they submit.

DATED: August 31, 2012          HAGENS BERMAN SOBOL SHAPIRO LLP


By      /s/ Robert F. Lopez
        Steve W. Berman
        Tyler S. Weaver
        Robert F. Lopez

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

DATED: August 31, 2012          K&L GATES LLP


By:     /s/ Patrick J. Perrone
        Patrick J. Perrone
        Todd L. Nunn

*Attorneys for Defendant Trex Company, Inc.*

**[~~PROPOSED~~] ORDER**

The foregoing Stipulation having been reviewed, and good cause appearing therefor, the requested scheduling change is hereby ORDERED and approved, and the Case Management Conference shall be held on ~~September 28,~~ November 9 2012.

Dated: September 4, 2012

_____
Honorable Jeffrey S. White
United States District Judge