| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  206.623.7292<br>Facsimile:  206.623.0594<br><br>Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>Tyler S. Weaver (*pro hac vice*)<br>tyler@hbsslaw.com<br>Robert F. Lopez (*pro hac vice*)<br>robl@hbsslaw.com<br><br>*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class* | K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA  94111-5994<br>Telephone:  415.882.8200<br>Facsimile:  415.822-8220<br><br>Patrick J. Perrone (*pro hac vice*)<br>patrick.perrone@klgates.com<br>Todd L. Nunn (*pro hac vice*)<br>todd.nunn@klgates.com<br><br>*Attorneys for Defendant Trex Company, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>                Defendant. | Case No. CV 09-00670-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  Per the Civil Standing Orders of the Honorable Jeffrey S. White, plaintiffs and defendant Trex Company, Inc. ("Trex"), by and through their respective counsel of record, stipulate and respectfully ask the Court to continue the due-date for their Case Management Statement, presently due on November 2, 2012, and to continue the Case Management Conference, which presently is scheduled for November 9, 2012.  *See* September 4, 2012 Order Granting as Modified Stipulation To Continue Case Management Conference (Dkt. No. 231).

2  The parties now are close to settling this matter.  They expect to be able to report to the Court within two weeks on whether they have reached a settlement, and if so, to propose a schedule for a motion for preliminary approval of their settlement.  Accordingly, and in light of the Court's available dates on its schedule for a case management conference, the parties ask that the Court continue the due date for their Case Management Statement to November 30, 2012, and that the Court continue their Case Management Conference to December 7, 2012.

DATED: November 2, 2012.                HAGENS BERMAN SOBOL SHAPIRO LLP


By      /s/ Robert F. Lopez
    Steve W. Berman
    Tyler S. Weaver
    Robert F. Lopez

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

DATED: November 2, 2012.                K&L GATES LLP


By:     /s/ Patrick J. Perrone
    Patrick J. Perrone
    Todd L. Nunn

*Attorneys for Defendant Trex Company, Inc.*

1
**STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Case No. CV 09-00670-JSW**

**[~~PROPOSED~~] ORDER**

The foregoing Stipulation having been reviewed, and good cause appearing therefor, the ~~requested scheduling change is hereby ORDERED and approved.~~ the case management conference is CONTINUED to January 4, 2013.

Dated: November 5, 2012

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge