HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206.623.7292
Facsimile:  206.623.0594

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Tyler S. Weaver (*pro hac vice*)
tyler@hbsslaw.com
Robert F. Lopez (*pro hac vice*)
robl@hbsslaw.com

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Telephone:  415.882.8200
Facsimile:  415.822-8220

Patrick J. Perrone (*pro hac vice*)
patrick.perrone@klgates.com
Todd L. Nunn (*pro hac vice*)
todd.nunn@klgates.com

*Attorneys for Defendant Trex Company, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>              Defendant. | Case No. CV 09-00670-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PAGE LIMIT** |

As the parties have advised, they have reached agreement on most terms of settlement of this matter on a proposed nationwide basis. With respect to the remaining few issues, the parties continue to work with plaintiffs' expert consultant and defendant's technical representatives, and otherwise with their mediator, to conclude these matters fully. Accordingly, the parties require a short extension of the current briefing schedule in order to resolve the remaining issues and to conclude the settlement documentation and briefing accordingly.

In light of the foregoing, the parties now stipulate to, and ask respectfully that the Court approve, the following revised schedule for a motion for preliminary approval of their settlement:

Motion for preliminary approval due: April 5, 2013;

Any opposition to the motion for preliminary approval due: No later than 14 days following the filing of the motion for preliminary approval, per Local Civil Rule 7-3(a);

Any reply to any opposition filed in response to the motion for preliminary approval due: No later than seven (7) days following the filing of any opposition, per Local Civil Rule 7-3(c).

Hearing on the motion for preliminary approval: May 10, 2013 at 9 a.m., or as otherwise set by the Court.

So that they may apprise the Court fully of all pertinent matters in the motion for preliminary approval, the parties also stipulate and ask that the page limit be increased from 15 pages to 25 pages for that motion.

DATED: March 14, 2013                HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Robert F. Lopez
    Steve W. Berman
    Tyler S. Weaver
    Robert F. Lopez

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

DATED: March 14, 2013                K&L GATES LLP

By:  /s/ Patrick J. Perrone
     Patrick J. Perrone
     Todd L. Nunn

*Attorneys for Defendant Trex Company, Inc.*

1

**STIPULATION AND [PROPOSED] ORDER RE: MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT, ETC.
Case No. CV 09-00670-JSW**

**[PROPOSED] ORDER**

The foregoing Stipulation having been reviewed, and good cause appearing therefor, the requested revised schedule regarding the motion for preliminary approval of settlement is hereby ORDERED and approved. The parties shall notice the motion to be heard on an open date at least 35 days out. In addition, the Court grants the parties' stipulated request for a 25-page limit for the motion for preliminary approval of settlement.

Dated: March 18, 2013

Honorable Jeffrey S. White
United States District Judge