| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206.623.7292<br>Facsimile: 206.623.0594 | K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Telephone: 415.882.8200<br>Facsimile: 415.822-8220 |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>Robert F. Lopez (*pro hac vice*)<br>robl@hbsslaw.com | Patrick J. Perrone (*pro hac vice*)<br>patrick.perrone@klgates.com<br>Todd L. Nunn (*pro hac vice*)<br>todd.nunn@klgates.com |
| *Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class* | *Attorneys for Defendant Trex Company, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>                Defendant. | Case No. CV 09-00670-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DUE-DATE FOR REPLIES TO OBJECTORS' OPPOSITIONS TO MOTION FOR PRELIMINARY APPROVAL, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

1  Per the Civil Standing Orders of the Honorable Jeffrey S. White, plaintiffs and defendant Trex Company, Inc., by and through their respective counsel of record, stipulate and respectfully ask the Court to continue by one week the due-date for their papers in reply to the papers filed by Ellen Kopetsky, Richard Levin, and Caryn Borger, M.D. in opposition to plaintiffs' Motion for Preliminary Approval of Class Settlement, Provisional Certification of Settlement Class, and Appointment of Class Representatives and Class Counsel. *See* March 18, 2013 Stipulation and Order Re: Motion for Preliminary Approval of Settlement and Page Limit (Dkt. No. 256).

Currently, the reply due-date is April 26, 2013. *Id.* The parties asked for this due-date when May 10, 2013 was available on the Court's calendar for the hearing on plaintiffs' motion. On the date of filing of plaintiffs' motion, however, the May 10, 2013 date was not available, and the earliest date available was May 31, 2013, on which date plaintiffs' motion is now scheduled for hearing.

The parties request a one-week extension to May 3, 2013, so that they may respond thoroughly to the objectors' two sets of papers, which include some 25 pages of briefing. Additionally, plaintiffs' expert consultant returned only yesterday from a trip out of the country, and plaintiffs wish to consult with him in advance of their filing.

Because the hearing date is not until May 31, 2013, there will be four weeks from the requested due-date of May 3, 2013, until that hearing date. This is two weeks longer than the standard time period for which the 35-day motion calendar calls.

DATED: April 26, 2013.                     HAGENS BERMAN SOBOL SHAPIRO LLP


                                           By    /s/ Robert F. Lopez
                                                Steve W. Berman
                                                Robert F. Lopez

                                           *Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING
DUE-DATE FOR REPLIES TO OPPOSITIONS
Case No. CV 09-00670-JSW**

1  DATED: April 26, 2013.            K&L GATES LLP

3                                    By:   /s/ Patrick J. Perrone
                                           Patrick J. Perrone
4                                          Todd L. Nunn

                                     *Attorneys for Defendant Trex Company, Inc.*

28
                                    2
STIPULATION AND [PROPOSED] ORDER CONTINUING
DUE-DATE FOR REPLIES TO OPPOSITIONS
Case No. CV 09-00670-JSW

**[PROPOSED] ORDER**

The foregoing Stipulation having been reviewed, and good cause appearing therefor, the requested scheduling change is hereby ORDERED and approved.  Replies to the objections of Ms. Kopetsky, Mr. Levin, and Dr. Borger shall be due on May 3, 2013.

Dated: April 30, 2013

_____
Honorable Jeffrey S. White
United States District Judge