HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206.623.7292
Facsimile: 206.623.0594

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Robert F. Lopez (*pro hac vice*)
robl@hbsslaw.com

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.822-8220

Patrick J. Perrone (*pro hac vice*)
patrick.perrone@klgates.com

*Attorneys for Defendant Trex Company, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 09-00670-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

On April 5, 2013, Plaintiffs filed a Motion for Preliminary Approval of Class Settlement, Provisional Certification of Settlement Class, and Appointment of Class Representatives and Class Counsel. (Docket Entry #258). The hearing on the motion was originally scheduled for May 31, 2013. (*Id.*). On May 28, 2013, the Court issued an Order Regarding Motion for Preliminary Approval of Class Action Settlement requesting that the parties submit additional information as set forth in the Order. (Docket Entry #276). The Court also rescheduled the hearing on the motion for July 26, 2013. (*Id.*). Defendant Trex Company, Inc. ("Trex") respectfully requests, with the consent

of counsel for Plaintiffs, that the hearing be adjourned until August 16, 2013. General Counsel for Trex, William R. Gupp, is unavailable on July 26, 2013, and is not otherwise available until after August 13, 2013, due to previously scheduled vacation as well as a meeting of the Trex Board of Directors.

In light of the foregoing, Trex asks respectfully that the hearing for the Motion for Preliminary Approval of Class Settlement, Provisional Certification of Settlement Class, and Appointment of Class Representative and Class Counsel be adjourned to August 16, 2013.

DATED: June 6, 2013                K&L GATES LLP

By:   /s/ Patrick J. Perrone
        Patrick J. Perrone

*Attorneys for Defendant Trex Company, Inc.*

DATED: June 6, 2013                HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Robert F. Lopez
        Steve W. Berman
        Robert F. Lopez

*Attorneys for Select Plaintiffs and Lead Counsel for the Proposed Class*

1 **[PROPOSED] ORDER**

2   The foregoing Stipulation having been reviewed, and good cause appearing therefor, the

3 requested adjournment of the hearing on the motion for preliminary approval of settlement is hereby

4 ORDERED and approved, and the hearing is scheduled for August ~~16~~ 23, 2013, at __9:00am__.

6
7 Dated: __June 10, 2013__         _____
                                    Honorable Jeffrey S. White
8                                   United States District Judge