Patrick J. Perrone (*pro hac vice*)
Patrick.Perrone@klgates.com
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Telephone:    (973) 848-4034
Facsimile:    (973) 848-4001

Matthew G. Ball (SBN 20881)
Matthew.Ball@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendant
TREX COMPANY, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN MAHAN, GRETCHEN SILVERMAN, STEVEN MCKENNA, THOMAS SCHAUPPNER, MARJORIE ZACHWIEJA, JOHN FORCELLA, SHEILA SHAPIRO, SABRINA W. HASS and DR. LANNY W. HASS, AMY BIONDI-HUFFMAN, and BRIAN HATHAWAY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TREX COMPANY, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C09-00670-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TREX COMPANY, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: May 31, 2013<br>Time:         9:00 a.m.<br>Courtroom:    Courtroom 11, 19th Floor<br>Judge:        Hon. Jeffrey S. White, U.S.D.J. |

The Court has considered the supplemental brief dated August 23, 2013, and

Having considered Defendant's Administrative Motion to have the Clerk of the Court file under seal the Declaration of Patrick J. Perrone Containing Confidential Information (the "Declaration"), which contains the following information: (1) Trex's costs for providing "Tier 2

Certificates" or "Tier 3 Certificates," i.e., partial refunds made on the purchase of new Trex decking products, as set forth in the Stipulation of Settlement and Release, § E.1, and related information; and (2) the "opt-out number," which represents the number of opt-outs received from Settlement Class Members at which point Trex has the option to exercise its right to walk away from the Stipulation of Settlement and Release as set forth in § L.1 of the Stipulation of Settlement and Release, and related information, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk shall file the above-referenced Declaration **UNDER SEAL**, and the Declaration shall be maintained under seal until further order of this Court.

SO ORDERED.

Dated: August 26, 2013

_____
Honorable Jeffrey S. White, U.S.D.J.