IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROSS, et al., | |
| Plaintiffs, | No. C 09-00670 JSW |
| v. | **ORDER REGARDING CORRESPONDENCE** |
| TREX COMPANY, INC., | |
| Defendant. / | |

The Court received an email directly from a the putative class member. The Court shall file the email concurrently with this Order for the parties' benefit in advance of the final fairness hearing. The Court has redacted the class member's home and email address in the version filed in the public record, but will file an unredacted version under seal.

**IT IS SO ORDERED.**

Dated: October 11, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE