IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROSS, et al., | |
| Plaintiffs, | No. C 09-00670 JSW |
| v. | **ORDER REQUIRING SUPPLEMENTAL DECLARATIONS** |
| TREX COMPANY, INC., | |
| Defendant. | |

The Court has conducted a preliminary review of the parties' submissions in support of the motion for attorneys' fees, costs and incentive awards. Although it will not require detailed time records, the Court concludes that more information is necessary for it to evaluate the reasonableness of the requested lodestar fees. Accordingly, it is HEREBY ORDERED that all Class Counsel shall submit supplemental declarations by no later than December 2, 2013, which attach charts that detail by attorney the general tasks performed by those attorneys and/or paralegals, the number of hours allotted to such tasks, and the hourly rate for the attorney and/or paralegal.

**IT IS SO ORDERED.**

Dated: November 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE