IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROSS, et al., | No. C 09-00670 JSW |
| Plaintiffs, | **ORDER RE LETTER FROM CLASS MEMBER AND INSTRUCTIONS TO CLERK** |
| v. | |
| TREX COMPANY, INC., | |
| Defendant. | |

On August 15, 2014, the Court received a letter from John L. Miner, a class member in this matter. Based on Mr. Miner's submission, it appears that he did not qualify for relief under the settlement in this action. Mr. Miner asks the Court to enforce the Settlement Agreement and grant him a "fair, equitable and reasonable resolution to [his] claim." It is not clear whether Mr. Miner attempted to resolve this matter in accordance with Section D.5 of the Settlement Agreement, regarding disputes over claims determination. In addition, Mr. Miner is a class member, and, thus, is represented by Class Counsel. Accordingly, the Court shall not take action on this matter, unless it receives a motion from Class Counsel.

The Clerk shall file a copy of Mr. Miner's letter in the docket[1] and shall serve a copy of this Order on Mr. Miner.

**IT IS SO ORDERED.**

Dated: August 25, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court has redacted certain portions of Mr. Miner's submission which pertain to credit card accounts.

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROSS, ET AL. et al, | Case Number: CV09-00670 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TREX COMPANY, INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John L. Miner
29 Latour Way
Greer, South Carolina   29650

Dated: August 25, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk