IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TREX COMPANY, INC.,<br><br>    Defendant. | No. C 09-00670 JSW<br><br>**ORDER RE LETTER FROM CLASS MEMBERS SUSAN AND ROBERT TERRY AND INSTRUCTIONS TO CLERK** |

On or about June 24, 2015, the Court received a letter from Susan and Robert Terry, class members in this matter, in which they ask the Court to "exercise all equitable powers," and enforce the settlement agreement. Based on materials submitted with Mr. and Mrs. Terry's letter to the Court, it appears they may have, with the assistance of counsel, begun to resolve the dispute in accordance with Section D.5 of the Settlement Agreement, which governs disputes over claims determination. In addition, the Terrys are class members, and, thus, are represented by Class Counsel, and it is clear from their correspondence to the Court that they have attempted to work with Class Counsel to resolve this dispute.

The Court HEREBY ORDERS Class Counsel, Audet and Partners, LLP, to submit a status report to the Court by no later than July 17, 2015, to advise the Court of the status of this dispute and whether Class Counsel will be filing a motion to enforce the settlement agreement on the their behalf. Class counsel is HEREBY ORDERED to serve a copy of this Order on Mr. and Mrs. Terry and to file proof of service by July 14, 2015.

//

//

Finally, the Court shall file a copy of the letter in the docket and under seal to preserve the record, and it shall serve a copy of that letter only on Class Counsel, Theodore H. Chase of Audet and Partners, LLP.

**IT IS SO ORDERED.**

Dated: June 30, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE