1

2

3

4                              IN THE UNITED STATES DISTRICT COURT

5

6                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    ERIC ROSS, et al.,                              No. C 09-00670 JSW

8              Plaintiffs,                           **ORDER RE FURTHER**
                                                     **MATERIALS FROM CLASS**
9    v.                                              **MEMBERS SUSAN AND ROBERT**
                                                     **TERRY; INSTRUCTIONS TO**
10   TREX COMPANY, INC.,                             **CLASS COUNSEL; AND**
                                                     **INSTRUCTIONS TO CLERK**
11             Defendant.
                                        /
12

13          On or about August 31, 2015 the Court was copied on correspondence from class

14   members Susan and Robert Terry to the Claims Administrator, regarding an appeal of their

15   claim, which does not seek any relief from this Court.  It appears to have been sent to the Court

16   only for informational purposes.  In order to preserve the record, the Court shall file a copy of

17   those materials under seal, pending further order of the Court.

18          The Court HEREBY ADVISES the Terrys that they should not send materials to the

19   Court unless they are seeking relief from the Court and unless they show cause why any request

20   for relief cannot be made through Class Counsel.

21          It is FURTHER ORDERED that Class Counsel, Theodore H. Chase of Audet and

22   Partners, LLP, shall serve a copy of this Order on the Terrys and shall file proof of service with

23   the Court by **September 30, 2015**.

24          **IT IS SO ORDERED.**

25   Dated: September 2, 2015                        _____
                                                     JEFFREY S. WHITE
26                                                   UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California